# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

v.

**RORIC HARVEY NUNEZ-GARCIA**

Defendant.

CRIM. NO. 25-104 (RAM)

## ORDER OF DETENTION

Defendant was on conditions of supervised release pending trial. See Docket No. 25. On April 6, 2025, the United States Probation Office ("USPO") filed a motion informing of Defendant's violations of his conditions of bail and requesting an arrest warrant. Docket No. 36. The USPO informed that Defendant removed his location monitoring device and absconded from his approved residence.

The case was called for a bail revocation hearing. The Government moved for revocation of bail and Defendant informed that he would not contest the revocation proceedings. Pursuant to the Bail Reform Act, the Court "shall enter an order of revocation and detention if, after a hearing," the Court finds (1) probable cause to believe that the defendant committed a crime while on release, or clear and convincing evidence that the defendant violated any other condition of release, and that (2) no conditions will reasonably assure that the defendant will not flee or pose a danger or the person is unlikely to abide by conditions of release. 18 U.S.C.

1

§ 3148(b). Defendant's bail is revoked and Defendant is ordered detained pending trial as he has not contested the alleged violations of conditions of release and there are no conditions of release to reasonably assure that Defendant does not pose a danger to the community or a risk of flight.

    IT IS SO ORDERED.
In San Juan, Puerto Rico, this 19th day of May, 2025.

                                             s/ Giselle López-Soler
                                             GISELLE LÓPEZ-SOLER
                                             United States Magistrate Judge